IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MONSOUR A. KARAJA,**
**ALIEN # A97-610-988,**

    Petitioner,

vs.                                  Case Number 4:07cv36-RH/WCS

**ALBERTO GONZALES, et al.,**

    Respondents.

_____/

## REPORT AND RECOMMENDATION

      Petitioner, proceeding *pro se,* filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on December 20, 2006.  Doc. 1.  Respondents filed a motion to dismiss the petition, doc. 11, contending that Petitioner's detention was lawful.  In early June, Petitioner filed a reply and again asserted he should be released under Zadvydas v. Davis, 533 U.S. 678 (2001).  Doc. 14.  Due to the delay in ruling on the petition, and because nothing had been received from Petitioner since June, contact was made with the Wakulla County Sheriff's Office to confirm Petitioner was still detained there.  The Court was advised Petitioner was no longer there and his whereabouts unknown.  Thus, an order was entered directing Respondents to clarify Petitioner's current custody

status.  Doc. 17.  In response, Respondents have advised that this case is moot because Petitioner was released from detention.  Doc. 19.  Furthermore, Petitioner's copy of that order was returned to the Court as undeliverable.  Doc. 18.

In the first instance, Petitioner did not fulfill his obligation to keep the Court informed of his whereabouts.  Petitioner's failure to do so indicates Petitioner has abandoned this litigation.  Moreover, Respondents have shown that Petitioner was released from custody.  Doc. 19.  Accordingly, this case is moot as Petitioner has received the relief he sought.

In light of the foregoing, it is respectfully **RECOMMENDED** that this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 be **DISMISSED as moot** because Petitioner has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on November 13, 2007.


   s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**