# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MONSOUR A. KARAJA,

      Petitioner,

v.                                          CASE NO.  4:07cv36-RH/WCS

ALBERTO GONZALES, et al.,

      Defendants.

_____/

## ORDER DISMISSING PETITION AS MOOT

This matter is before the court on the magistrate judge's report and recommendation (document 20), to which no objections have been filed.  Upon consideration,

      IT IS ORDERED:

      The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "The petition is dismissed without prejudice as moot."  The clerk shall enter judgment and close the file.

      SO ORDERED this 30th day of November, 2007.

                                    s/Robert L. Hinkle
                                    Chief United States District Judge